# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 11, 2026

*By the Court:*

| | |
|---|---|
| No. 26-2863 | HEIDI ERICKSON,<br>Plaintiff - Appellant<br><br>v.<br><br>MICHAEL INMAN, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 4:25-cv-04136-SLD-RLH<br>Central District of Illinois<br>District Judge Sara Darrow |

A preliminary review of the short record suggests that the order appealed from may not be a final decision within the meaning of 28 U.S.C. § 1291.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Rule 58 of the Federal Rules of Civil Procedure. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *Cleaver v. Elias*, 852 F.2d 266, 267 (7th Cir. 1988). In this case, appellant seeks to appeal the district court's refusal to hold defendants in contempt for an asserted violation of a preliminary injunction. Such a denial is not generally appealable while other issues remaining pending before the district court. *See Stotler & Co. v. Able*, 870 F.2d 1158, 1163 n.4 (7th Cir. 1989); *In re Xonics, Inc.*, 813 F.2d 127, 130 (7th Cir. 1987). Accordingly,

**IT IS ORDERED** that appellant shall file, on or before September 25, 2026, a brief memorandum stating why this appeal should not be dismissed for lack of jurisdiction. A motion for voluntary dismissal under Rule 42(b) of the Federal Rules of Appellate

Procedure will satisfy this requirement. Briefing is **SUSPENDED** pending further court order.

form name: **c7_Order_BTC** (form ID: **178**)